# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>TOM FLORIS,<br><br>　　　　　　　　　Defendant. | CASE NO. 11cr5383-JLS<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Information:

21USC952 AND 960 - IMPORTATION OF METHAMPHETAMINE

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 4, 2012

　　　　　　　　　　　　　　　　　　Nita L. Stormes
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge